```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NAMEL NORRIS,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :        25 Civ. 5242 (JPC)
              -v-                                                      :
                                                                       :              ORDER
7TH STREET BB HOLDCO LLC d/b/a 7TH STREET                              :
BURGER – WEST VILLAGE, and 110 MACDOUGAL                               :
ST. LLC,                                                               :
                                                                       :
                              Defendants.                              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on June 24, 2025. Dkt. 1. Both Defendants were served on July 7, 2025.[1] Dkts. 7, 12. On July 28, 2025, Defendant 7th Street BB Holdco LLC filed an Answer, which included a crossclaim (the "Crossclaim") against Defendant 110 Macdougal St. LLC. Dkt. 9. Defendant 7th Street BB Holdco LLC did not separately serve that Answer on Defendant 110 Macdougal St. LLC, who has yet to appear in this action to this day.

Defendant 110 Macdougal St. LLC's deadline to respond to the Complaint was July 28, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant 110 Macdougal St. LLC. Accordingly, the Court extends *sua sponte* Defendant 110 Macdougal St. LLC's deadline to respond to the Complaint until October 21, 2025. If Defendant 110 Macdougal St. LLC once again fails to respond by that

---

[1] Because Plaintiff had not filed an affidavit of service with respect to Defendant 110 Macdougal St. LLC within 90 days of initiating the action, the Court issued an Order directing Plaintiff to describe whether service had been made on that defendant, and if not, to show why good cause exists to excuse Plaintiff's failure to serve Defendant by the deadline set by Federal Rule of Civil Procedure 4(m). Dkt. 11. Later that day, Plaintiff filed an affidavit of service showing Defendant 110 Macdougal St. LLC had been served on July 7, 2025, which was before Rule 4(m)'s deadline. Dkt. 12.

deadline, Plaintiff shall seek a Certificate of Default with respect to Defendant 110 Macdougal St. LLC by October 28, 2025.

In addition, Defendant 7th Street BB Holdco LLC must serve its Crossclaim on Defendant 110 Macdougal St. LLC by October 26, 2025, which is 90 days after the Crossclaim was filed. *See* Fed. R. Civ. P. 5(a)(2) (requiring service on a party who has failed to appear under Rule 4 when "a pleading . . . asserts a new claim for relief against such a party"). Defendant 7th Street BB Holdco LLC shall file an affidavit of service no later than October 28, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant 110 Macdougal St. LLC was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: October 14, 2025
New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge