```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
NAMEL NORRIS,                                                           :
                                                                        :
                            Plaintiff,                                  :
                                                                        :
              -v-                                                       :   25 Civ. 5242 (JPC)
                                                                        :
7TH STREET BB HOLDCO LLC d/b/a 7TH STREET                               :          ORDER
BURGER – WEST VILLAGE, and 110 MACDOUGAL                                :
ST. LLC,                                                                :
                                                                        :
                            Defendants.                                 :
                                                                        :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

On October 22, 2025, the Court ordered the parties to submit, one week before the initial pretrial conference, a joint letter and a proposed case management plan and scheduling order. Dkt. 18 at 1-2. The conference is scheduled for November 13, 2025. *Id.* at 1. Therefore the joint letter and proposed case management plan and scheduling order were due on November 6, 2025. The parties failed to submit either. On November 7, 2025, the Court ordered the parties to submit those materials by November 10, 2025, Dkt. 19, and the parties again failed to do so.

By 5:00 p.m. today, November 12, 2025, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 18. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: November 12, 2025
      New York, New York
                                                 JOHN P. CRONAN
                                                 United States District Judge